## STATEMENT OF FACTS

On Wednesday, December 9, 2020, at approximately 5:42 p.m., members of the Metropolitan Police Department (MPD) Seventh District we dispatched to an Aggravated Assault by a Man with a Gun at 3401 15th Street Southeast in Washington, D.C. While working in the building on the plumbing, the workers reported that they heard gunshots from an upstairs apartment (Apartment #1) while working in the basement. A bullet had come through the ceiling of the basement, leaving a hole. A small fragment of a bullet was recovered from floor in the basement. At the same time that gunshots were heard, an unidentified object, believed to be a bullet fragment, struck one of the workers in the forehead causing a minor injury. The workers also reported seeing an individual in Apartment #1 in possession of a firearm while they were working on the plumbing in the kitchen of Apartment #1.

The initial officers requested additional officers to the location. While waiting for back up, officers observed an individual, later identified as Michael McKay (Defendant McKay), peering out of the window several times and eventually turning off the lights in Apartment #1. Once back up arrived, officers knocked on the door of Apartment #1 and Defendant McKay answered. Officers ordered Defendant McKay out of the apartment and detained him. Officers stated that they were going to perform a protective pat down of Defendant McKay. Officer Frederique felt a firearm in the waistband of Defendant McKay. Officer Frederique recovered the firearm from Defendant McKay's waistband. Defendant McKay stated that the gun wasn't his. When officers pointed out that it was recovered from his waistband he said that people were trying to kill him and to look at his stab wound. A shell casing fell from his pocket along with some coins as police were searching the defendant incident to arrest.

Officers entered Apartment #1 to clear it for possible shooting victims. There were no victims in the apartment.

The firearm that recovered was determined to be a Beretta, model 92Fs, .9 millimeter handgun with an unreadable serial number. When it was recovered, it was loaded with one (1) round in the chamber and fifteen (15) rounds in an unknown capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

A criminal history check of Defendant McKay through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for First Degree Burglary in the Baltimore County Maryland Circuit Court, case number 03K12005840. The defendant was sentenced to ten (10) years of incarceration for this offense, six (6) years of which were suspended. The defendant has an additional felony conviction for First Degree Burglary in the Baltimore County Maryland Circuit Court, case number 03K07000515. The defendant was sentenced to five (5) years of incarceration for this offense. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER JAMES FREDERIQUE
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of December, 2020.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-00248
Assigned To : Faruqui, Zia M.
Assign. Date : 12/10/2020
Description: Complaint w/ Arrest Warrant